Robert COOPER, Plaintiff–Appellant,

v.

Roderick R. SOWERS; J. Michael Stouffer, Commissioner of Correction; Bobby P. Shearin, Warden of North Branch Corr. Inst.; G.B. Mcalpine; N.A. Klink; J.L. Harbaugh; Kevin L. Lamp, The Chaplain's Office; Parrish Kammulf, Dietary Manager; Michael Gutillo; C. Gilpin; J. Payne; V. Whitemans; J.T. Zais; Officer Bauer; C.P. Robinson; James Smith; D.L. Smith; John/Jane Does; Kathy Jacobs; Mary Jo Rose; P.H. Pennington; Frank B. Bishop, Jr., Warden of Western Correctional Institution; Randy Watson, Deputy Commissioner; E. Lambert; R. Stotler; D. Beachy; W.L. Leydig; Richard J. Graham, Jr.; John/Jane Doe, a/k/a Stephanie Coates; L. Mouldin, a/k/a Moulden; Randy Adkins; T. Yutzy; D. Bittinger; D. Broadwater; Officer Golden, a/k/a Gonoas; Robert Manuel; R. Dolly; V. Warnick, a/k/a Warnyck, Psychology Dept.; Bruce Liller, Psychology Dept.; Mr. Banks, Psychology Dept.; Ms. Hart; Ronald S. Weber; J. Sellers; Keith Arnold; M. Cady, Defendants–Appellees.

No. 15–7579

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2016

Decided: June 29, 2016

Robert Cooper, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cooper seeks to appeal the district court's order denying in part and granting in part Defendants' motion for summary judgment and dismissing some of Cooper's claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Cooper seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED